# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2022 JAN 13 P 4: 34

CLERK OF COURT

James A Love, Petitioner,
Full Name (under which you were convicted)

177408
Prisoner Number

Racine Correctional Institution
Place of Confinement

Docket No. 22-C-48
(to be supplied by Clerk)

vs.

_____, Respondent.
Authorized Person Having Custody of Petitioner

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

**Caution:** THIS IS NOT THE FORM TO BE USED, IF YOU CLAIM THAT YOUR FEDERAL SENTENCE OR CONVICTION IS UNLAWFUL, OR IF YOU ARE A PRETRIAL DETAINEE CHALLENGING YOUR PRECONVICTION CUSTODY, A FEDERAL PRISONER CHALLENGING THE EXECUTION OF YOUR SENTENCE OR AN ACTION TAKEN BY THE BUREAU OF PRISONS, OR A PERSON IN CUSTODY CHALLENGING AN IMMIGRATION-RELATED ORDER.

I. SUBJECT OF THIS PETITION

   A. Name and location of the state court that entered the judgment of conviction which you are challenging

   _____
   _____
   _____

   B. Criminal docket or case number _____

   C. Date of the judgment of conviction _____

   D. Date of sentencing _____

   E. Length of sentence  5 in 5 OUT

   F. In this case, were you convicted on more than one count or of more than one crime?

   ☐ Yes   ☒ No

   G. Identify all crimes of which you were convicted and sentenced in this case

   Im Charge with Supoes of touching my girlfriend witch they dont say its not the same girl see no merit report its two girls Val and Lashara.

   H. What was your plea? (Check one)

   ☐ Not guilty   ☐ Guilty   ☐ Insanity plea   ☒ Nolo contendere (no contest)

   If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?

   See petition reviwe how can I plea Just got out of crash and court new this because Lawyer victory Mc told the courts and I try to tell them on number of Times.

   I. If you went to trial, what kind of trial did you have? (Check one)

   ☐ Jury   ☐ Judge only

SUBJECT OF THIS PETITION - continued

   J.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

      ☐ Yes    ☐ No

      If yes, state the type(s) of hearing or proceeding

      _____

II.  DIRECT STATE APPEAL OF CONVICTION

   A.  Did you appeal from the judgment of conviction?

      ☒ Yes    ☐ No

      If yes, attach the decision(s) that resolved your appeal and answer the following questions:

      1.  Date of filing appeal _____

      2.  Grounds raised __Things was exnored and not read in or reviwe Just denyed do to My crime in wagners court do to what happen to him.__

      3.  Result __Denyed read report__

      4.  Date _____

   B.  Did you seek further review by the highest state court?

      ☒ Yes    ☐ No

      If yes, attach the decision(s) that resolved your petition for review and answer the following questions:

      1.  Date of filing of petition for review _____

      2.  Grounds raised __Mine you (MR Jugde) I no I need A Lawyer but I will do my best to save the court time and money — I never sow or who my victome was, and my rites was never read__

      3.  Result __and anything I filed and all my winnings Denyed in fileing This__

      4.  Date _____

DIRECT STATE APPEAL OF CONVICTION - continued

  C. Did you file a petition for certiorari in the United States Supreme Court?

  ☒ Yes  ☐ No

  If yes, attach the decision(s) that resolved your petition for certiorari and answer the following questions:

  1. Date of filing petition for certiorari _I don't know what this means_
  2. Grounds raised _Time being served and all mr Love have be trougen and never Lie and his T-B-I injury do to G-4-5 MR Love need to be set free._
  3. Result _____
  4. Date _____

III. STATE POST-CONVICTION RELIEF OTHER THAN DIRECT APPEAL

  A. Other than the appeals listed above in Section II, have you previously filed any other state petitions, applications, or motions concerning this state judgment of conviction?

  ☒ Yes  ☐ No

  If yes, attach the decision(s) that resolved your application for state post-conviction relief and answer the following questions:

  1. Name of court _____
  2. Docket or case number _____
  3. Date of filing _____
  4. Type of petition, application, or motion filed _for Dissmist and releast_
  5. Grounds raised _for Medicale unLawful, and unJustios, I was never sopose to be tryed and convited pro Sa Mental-Medicale_
  6. Did you receive a hearing where evidence was given on your petition, application, or motion?

  ☐ Yes  ☒ No
  7. Result _"Deny - please check"_

STATE POST-CONVICTION RELIEF OTHER THAN DIRECT APPEAL- continued

8. Date _____

9. Did you appeal to the highest state court having jurisdiction over the action taken on your first state petition, application, or motion?

   ☒ Yes   ☐ No

B. If you filed a second petition, application, or motion, attach the decision and answer the following questions:

   1. Name of court _____
   2. Docket or case number _____
   3. Date of filing _____
   4. Type of petition, application, or motion filed _____
   5. Grounds raised Mental- Medical , ineffective counsel, metmedical pratic, faust sa fining evdents Mis use of power, Right not burning Read, no prof or
   6. Did you receive a hearing where evidence was given on your petition, application, or motion?

      ☐ Yes   ☒ No

   7. Result Deny do to Jughe wagner self promble history.
   8. Date _____
   9. Did you appeal to the highest state court having jurisdiction over the action taken on your second state petition, application, or motion?

      ☒ Yes   ☐ No

      Do to the courts failing to take Action on mr love behaf from 0-45 mr love need to be set free.

C. If you filed a third petition, application, or motion, attach the decision and answer the following questions:

   1. Name of court _____
   2. Docket or case number _____
   3. Date of filing _____

§ 2254    - 5 -    June 2013

Case 2:22-cv-00048-BHL    Filed 01/13/22    Page 5 of 13    Document 1

STATE POST-CONVICTION RELIEF OTHER THAN DIRECT APPEAL- continued

4. Type of petition, application or motion filed _____

5. Grounds raised Do to everything have want on with mr Love see all partys and time Served mr love need to be set free.

6. Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☒ Yes   ☒ No

7. Result  didnt under stand none of it. TBI

8. Date _____

9. Did you appeal to the highest state court having jurisdiction over the action taken on your third state petition, application, or motion?

    ☒ Yes   ☐ No

IV. GROUNDS FOR RELIEF

For this petition, state every ground supporting your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court.

o where is the Police Report hiding it.???

Ground One "Ineffective counsel- Left for Dead John M, fail to do compleat Job under constotionle Right and he reseved payment By courts."

Supporting FACTS (Briefly summarize the facts without citing cases or law.) He failed to do any investergateing and bring Medical files to court and countenule to Keep hiden the crime of the G-4-S Witch cause

- 6 -

§ 2254                                                                 June 2013

Case 2:22-cv-00048-BHL    Filed 01/13/22    Page 6 of 13    Document 1

See Case No.: 19-cv-1184

**GROUNDS FOR RELIEF - continued**

one to have Mental medical T-B-I injury and not have one go two the hospitel to be checked out, crash happen same day of court G-4-S Left the seen of the Acciddent and it was never Reported and Looked to the court as one was malingerring or lien pro SA

If you did not exhaust your state remedies on Ground One, explain why.

Viwe Case No: 19-C-V-1184 Petition VIEW Case No: 2020-AP-969-CRNM View Case No: 20-CV-1000

**Ground Two** The Courts New Current Mental Medical from 1999 Head on Crash and deny my files to be intake JL entered

**Supporting FACTS** (Briefly summarize the facts without citing cases or law.)

I being helped by inmate do to the point I cant read so im doing my best to get this out ok, here is what happen I was hit by a car 1997 Head on and Im sending paper's that I found it took me 3 years to get all this stuff but I will send it all to you the person that is helping me he stoped but he told me what to do so im doing my best I need

GROUNDS FOR RELIEF - continued

This case to be dissmist on the grounds of all that has happen to one and failed to reported it.

If you did not exhaust your state remedies on Ground Two, explain why.

I Trust that Mr Love need to be free from prison wild this perceger is ongen Time servered 2018 to 2023 and No guilty.

Ground Three  PSI fail to bring forth the truth by stateing faust Report to the Jugde.

Supporting FACTS (Briefly summarize the facts without citing cases or law.)

Like PSI Tolded courts that Crimminle reacords was destroed do to the fact of mr Love have not had no Crimminel acctivety in 25 to 30 years and when Lawyer Victorya M tryed to exsplain to the court PSI and DA with power As us-ule took Advantis of Mr Love Me, and calling LaToya by her name do to the fact she said I was not marryed see police report and when she was going to use MS Love she seen MS Love started telling the truth so she ketp

If you did not exhaust your state remedies on Ground Three, explain why.

I all way's was told if you Lie In cort you are not cretable no more.

GROUNDS FOR RELIEF - continued

Ground Four: fail to bring prof or prove what MR Love is being charge with (Lack of prof)

Supporting FACTS (Briefly summarize the facts without citing cases or law.)

When Joghe ask D.A on number of times see court records have state have come up with prof or Medicale records on what was being said the state said No and do to MR Love T-B-I injury from G-4-S crash they used that to get around the ??? See court files then when Mr Love Lawyer ask D.A agin she stated she still have time 4/18 dAy if thats not a floff time I dont no what is then they State said they didn't Want not Prison Time.

If you did not exhaust your state remedies on Ground Four, explain why.

But mR Love have been in prison sent 2018 and G-4-S still have not been charged with the crime of crashing and bring mr Love Strute to court.

V. PRIOR FEDERAL CHALLENGES

A. Have you previously filed any type of petition, application, or motion in a federal court regarding the state conviction that you are challenging in this petition?

[X] Yes   [ ] No

If yes, attach the decision(s) that resolved your prior federal court challenge and answer the following questions:

1. Name of court: Jusde LYnn ADelman Cort

PRIOR FEDERAL CHALLENGES - continued

2. Docket or case number _____
3. Date of filing _____
4. Type of petition, application, or motion filed  In compentecy
5. Grounds raised  I filing this in Jughe Lynn ADELMAN Court under incompentacy because MR ADELMan is awear of facts in this matter Case No: 2020-AP-969-CRNM and Case No: 19-CV-1184 Go's hand and hand.
6. Did you receive a hearing where evidence was given on your petition, application, or motion?

   ☒ Yes   ☐ No

7. Result  Deny
8. Date _____
9. Did you appeal the action taken on your first federal petition, application, or motion to a federal court of appeals?

   ☐ Yes   ☐ No

   If yes, attach the decision(s) that resolved your appeal and answer the following questions:

   a. Name of court _____
   b. Docket or case number _____
   c. Date of filing _____
   d. Type of petition, application, or motion filed _____
   e. Grounds raised  all Docket and paper work will Be sent to you to Look At to see what I trying to say.

PRIOR FEDERAL CHALLENGES - continued

    f. Result _____

    g. Date _____

B. Did you file a petition for certiorari in the United States Supreme Court?

   ☐ Yes     ☐ No

If yes, attach the decision(s) that resolved your petition for certiorari and answer the following questions:

1. Date of filing petition for certiorari _____

2. Grounds raised Need Lawyer, and need to be free wild this is ongoing do to time have been served and a crime have been dont to mr Love by G-4-S.

3. Result _____

4. Date _____

## VI. REPRESENTATION

A. Give the name and address of each attorney who represented you in the following:

1. At preliminary hearing Court is Awear of G-4-S Crash and still Let court go on.

2. At arraignment and plea hearing _____

3. At trial _____

4. At sentencing Crash with G-4-S and never went to hospitel and court still went on.

5. On direct appeal _____

REPRESENTATION - continued

6. In any state post-conviction proceeding _____

_____

7. On appeal from any ruling against you in a state post-conviction proceeding never review it just Deny it see petition review report.

## VII. REQUEST FOR RELIEF

State exactly what you want the court to do for you.

I want the courts to see that I'm incompatent from 1997 car crush and this G-u-s crash to Make me have T-B-I brain injury and the courts new this I never camitted no crime, I just dont no how to prove it hurt bad. I need Lawyer

## VIII. DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned, hereby declare under penalty of perjury that the foregoing information is true and correct.

Signed this _____ day of _____, 20 ____.

James A Love
Signature of Petitioner

_____
(Signature of lawyer, if any)

If you are signing the petition and are not the petitioner, state your relationship to the petitioner and explain why the petitioner is not signing this petition.

_____

_____

_____

§ 2254          - 12 -          June 2013

## IX. CERTIFICATE OF INMATE MAILING - Optional

If you deposit your petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in your prison/institutional/jail mailing system and attach first-class postage pre-paid, and complete and sign this statement, you will establish the filing date as the date of deposit in that mailing system.

I, the undersigned, hereby declare under penalty of perjury that I placed this petition for a writ of habeas corpus under 28 U.S.C. § 2254 in the prison/institutional/jail mailing system with prepaid, first-class postage on _____.
(month, day, year)

Signed this _____ day of _____, 20\_\_\_\_\_.

_James A Love_
Signature of Petitioner