UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

JAMES A LOVE,

        Petitioner,

v.                                                            Case No. 22-cv-0048-bhl

RACINE CORRECTIONAL INSTITUTION,

        Respondent.

---

### ORDER GRANTING MOTION FOR LEAVE TO PROCEED
### WITHOUT PREPAYMENT OF THE FILING FEE

---

On January 13, 2022, Petitioner James A Love, a state prisoner incarcerated at Racine Correctional Institution, filed a petition for writ of habeas corpus under 28 U.S.C. §2254. ECF No. 1. Love also filed a completed form for a motion for leave to proceed without prepayment of the $5.00 filing fee, along with an authorization for release of his institutional account information and his certified prisoner trust account statement. ECF Nos. 2, 5. Based on the filings, the Court concludes that Love cannot afford the filing fee.

Accordingly,

**IT IS HEREBY ORDERED** that Love's motion for leave to appeal without prepayment of the filing fee, ECF No. 2, is **GRANTED**.

Dated at Milwaukee, Wisconsin on January 31, 2022.

                                                                    s/ *Brett H. Ludwig*
                                                                    BRETT H. LUDWIG
                                                                    United States District Judge